IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**JOSHUA JARVIS,**

    **Defendant.**	Case No. 06-cr-30138-9-DRH

## ORDER

**HERNDON, District Judge:**

    Pending before the Court is a Motion to Withdraw as Counsel (Doc. 262). Specifically, Jarvis's attorney, Greg Roosevelt, moves to withdraw because Jarvis wishes to have different counsel represent him in this matter, as well as the fact that the two seem to have reached an impasse in their attorney-client relationship. Said Motion (Doc. 262) is therefore **GRANTED**. Accordingly, the Court **APPOINTS** CJA-panel attorney G. Ethan Skaggs, P.O. Box 8007, Belleville, Illinois, 62222, to hereby serve as defendant Smith's representative counsel in this matter. The Court reminds the parties that this matter is currently set for trial on October 22, 2007 at 9:00 a.m.

    **IT IS SO ORDERED**.

    Signed this 3rd day of July, 2007.

    /s/    David RHerndon
    United States District Judge